UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES M. COOPER,

    Petitioner,

v.

MICHAEL MARTEL, Acting Warden,

    Respondent.

Case No. 16-cv-01915-YGR (PR)

**JUDGMENT**

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

IT IS SO ORDERED.

Dated: June 2, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge